## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 11230 |
| Anthony Crocilla and Melissa Crocilla, | ) | HON. Janet S. Baer |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

### NOTICE OF MOTION

TO:  Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532;

   See Attached Service List

   PLEASE TAKE NOTICE that on July 9, 2021, at 9:30 A.M., I will appear before the HONORABLE Janet S. Baer or before any judge sitting in that judge's place, and present the attached Motion to Modify Plan, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

### CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 8, 2021.

   /s/ *Yisroel Moskovits*
Attorney for Debtor

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-11230<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun  8 13:53:32 CDT 2021 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACCEPTANCE NOW<br>6288 Dawson Blvd<br>Norcross, GA 30093-1201 |
| ARRONRNTS<br>309 E PACES FERRY<br>ATLANTA, GA 30305-2377 | Bank of America<br>PO Box 790087<br>Saint Louis, MO 63179-0087 | Brandon S. Lefkowitz<br>29777 Telegraph Road, Suite 2440<br>Southfield, MI 48034-7667 |
| CB/VICSCRT<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | CITIZENS FIN<br>1477 LOCUST ST<br>DUBUQUE, IA 52001-4715 | Capital One Bank<br>PO Box 85617<br>Richmond, VA 23285-5617 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | Dupage County Clerk<br>421 N County Farm Rd<br>Wheaton, IL 60187-3992 |
| FIRST MERIT BANK<br>295 FIRST MERIT CIRCLE<br>AKRON, OH 44307-2305 | FORD MOTOR CREDIT COMP<br>PO BOX BOX 542000<br>OMAHA, NE 68154-8000 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| HNTINGTN NTL<br>7450 HUNTINGTON PA<br>COLUMBUS, OH 43235-5617 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia Pennsylvania 19101-7346 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois Department of Employment Security<br>PO Box 4385<br>Chicago, IL 60680-4385 | Illinois Tollway<br>2700 Ogden Ave<br>Legal Dept<br>Downers Grove, IL 60515-1703 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia Pennsylvania 19101-7346 | KOHLS/CAPONE<br>N56 RIDGEWOOD DR<br>MENOMONEE FAL, WI 53051 | Kohls/Capone<br>N56 W 17000 RIDGEWOOD DR<br>MENOMONEE FALLS Wisconsin 53051-7096 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Opp Loans<br>11 E. Adams St. #501<br>Chicago, IL 60603-6333 | Opportunity Financial, LLC<br>130 E. Randolph Street<br>Suite 3400<br>Chicago, IL 60601-6379 |
| TIDEWATER CREDIT SERVI<br>6520 INDIAN RIVER RD<br>VIRGINIA BEACH, VA 23464-3439 | The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | The Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 |

| | | |
|---|---|---|
| Unifund CCR, LLC<br>Resurgence Legal Group, PC<br>3000 Lakeside Drive, Suite 309-S<br>Bannockburn, IL 60015-1249 | Anthony Crocilla<br>320 North Rush Street<br>Itasca, IL 60143-1844 | Charles E Murphy<br>The Semrad law Firm, LLC<br>20 S. Clark 28th Floor<br>Chicago, IL 60603-1811 |
| Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Melissa Crocilla<br>320 N. Rush St<br>Itasca, IL 60143-1844 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Yisroel Y Moskovits<br>The Semrad Law Firm, LLC<br>20 S. Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | IRS<br>Irs Mail Stop 4100 P-3<br>Kansas City, MO 64999 | Idor-Bankruptcy Section<br>P.O. Box 19035<br>C/O Bankruptcy Unit<br>Springfield Illinois 62794 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FORD MOTOR CREDIT COMPANY LLC

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 11230 |
| Anthony Crocilla and Melissa Crocilla, | ) | HON. Janet S. Baer |
| DEBTORS | ) | CHAPTER 13 |

## **MOTION TO MODIFY PLAN**

NOW COMES, Anthony Crocilla and Melissa Crocilla, Debtors, by and through Debtors' attorney, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order Modifying Debtors' Chapter 13 Plan of Reorganization as set forth below, and in support thereof states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. Debtors filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on June 4, 2021.

3. This Honorable Court has yet confirmed the instant case on December 18, 2020.

4. That the confirmed Chapter 13 Plan requires the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $510.00 on a monthly basis for a term of 15 months and $830.00 per month for 21 months.

5. That the Debtors' confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors to be paid 10% of their allowed claims.

6. Debtors fell behind on plan payments because he took a leave of absence from work to help care for his wife, the Co-Debtor, who is dealing with a serious medical condition, and when he tried to return, they didn't have enough work for him.

7. Debtors fell behind on their necessary household expenses and further down on their Trustee payments. That as a result, Debtors accrued a plan payment delinquency.

8. Debtor is now employed elsewhere. Please see Exhibit A.

9. Debtors are able to continue making the Trustee payments, if the default is deferred.

10. Debtors respectfully request this Honorable Court to defer the current plan default to the end of the plan of reorganization.

11. Debtors are in a position to continue with their Chapter 13 Plan of reorganization.

12. That the Debtors have every good faith intention of completing the Chapter 13 Plan of reorganization.

WHEREFORE, Anthony Crocilla and Melissa Crocilla , Debtors, respectfully request this Honorable Court enter an Order Modifying the Debtor's Chapter 13 Plan:

(a) To defer the current Chapter 13 Plan default to the end of the plan of reorganization;
(b) For such other and further relief as this Court deems fair and just.

Respectfully Submitted,

 /s/ *Yisroel Moskovits*
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625